[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 30, 2007
THOMAS K. KAHN
CLERK

No. 04-15928

_____

D. C. Docket No. 04-60128-CR-WPD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILNER JOSEPH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(May 30, 2007)**

Before ANDERSON, MARCUS and COX, Circuit Judges.

PER CURIAM:

After oral argument and careful consideration and for the reasons fully

discussed at oral argument, we readily conclude that the judgment of the district

court is due to be affirmed.  Issues that were not discussed at oral argument are rejected as wholly without merit.

**AFFIRMED.**